

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00254-CV

**EDDIE EUGENE BREWER,**

**Appellant**

 **v.**

**MARLEN MARQUEZ,**

**Appellee**

**From the 12th District Court
Walker County, Texas
Trial Court No. 1527458**

## MEMORANDUM OPINION

Appellant has filed a letter motion stating that he would like to voluntarily withdraw (dismiss) this appeal.[1]  *See* TEX. R. APP. P. 42.1(a)(1).

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

---

[1] The motion lacks proof of service.  TEX. R. APP. P. 9.5.  To expedite this matter, we invoke Rule of Appellate Procedure 2 to suspend this requirement.  *Id.* R. 2.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed August 6, 2015
[CV06]

